UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DIONTAE LARELL RAHMAN,

        Plaintiff,

                                       Case No. 1:24-cv-939

v.

                                       Hon. Hala Y. Jarbou

HEIDI WASHINGTON, et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for

lack of prosecution and failure to comply with the Court's order.


Dated: October 22, 2024                /s/ Hala Y. Jarbou
                                       HALA Y. JARBOU
                                       CHIEF UNITED STATES DISTRICT JUDGE